**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| GENE A. STIDHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-05-0741-F |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff Gene A. Stidham seeks judicial review of the final decision of the defendant Commissioner denying his application for disability insurance benefits and supplemental security income benefits.

Magistrate Judge Valerie K. Couch issued a Report and Recommendation in this matter on July 7, 2006, recommending that the Commissioner's decision be reversed and remanded for further proceedings consistent with the Report and Recommendation. In her Report, the magistrate judge advised the parties of their right to object to the Report and Recommendation on or before July 27, 2006, and she further advised that failure to make timely objection waives the right to appellate review of the factual and legal issues addressed in the Report.

Neither party has filed an objection to the Report, and neither party has requested an extension of time within which to file any objection to the Report. With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here and that the Report should be adopted in its entirety.

Accordingly, the court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the findings and recommendations of Magistrate Judge Couch as stated in her Report and Recommendation. This matter is hereby **REVERSED** and **REMANDED** to the Commissioner for further proceedings consistent with the Report.

Dated this 4th day of August, 2006.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-0741p002(pub).wpd